# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| GARY J. CATALANO, SR., GWYN H. CATALANO, GARY J. CATALANO, JR., & TROY CATALANO | PLAINTIFFS |
| VS. | NO. 1:09-CV-00177-HSO-JMR |
| GOLDEN RULE INSURANCE COMPANY, UNITED HEALTHCARE INSURANCE COMPANY, WILLIAM SPRADLEY D/B/A AFFORDABLE BENEFITS & COVERAGE INSURANCE, & JOHN DOES 1-50 | DEFENDANTS |

## AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

In accordance with the stipulation for partial dismissal with prejudice signed by counsel for Plaintiffs Gary J. Catalano, Jr. an Troy Catalano and Defendants Golden Rule Insurance Company, United HealthCare Insurance Company, and William Spradley d/b/a Affordable Benefits & Coverage Insurance (collectively, "Defendants"), and pursuant to FED. R. CIV. P. 41(a)(1),

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, all claims, demands, debts and causes of action asserted or assertable in this action by Gary Catalano, Jr. and Troy Catalano against Defendants be dismissed with prejudice, with all claims, demands, debts and causes of action asserted or assertable in this action by Plaintiffs Gary J. Catalano, Sr. and Gwyn H. Catalano against Defendants to continue forward in this matter and in no way be affected by this Order.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all claims, demands, debts and causes of action asserted or assertable in this action by Defendants against Gary Catalano, Jr. and Troy Catalano be dismissed with prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all costs and attorney's fees related to such claims, demands, debts and causes of action be taxed against the parties incurring them.

**SO ORDERED AND ADJUDGED**, this the 2nd day of June, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED:**

BY: *s/Seth M. Hunter (MSB# 101145)*
SETH M. HUNTER
ATTORNEY & COUNSELOR AT LAW, PLLC
SETHMHUNTER@GMAIL.COM
P.O. BOX 1798
100 DUDLEY W. CONNER STREET
HATTIESBURG, MS 39403

LUMPKIN & REEVES, PLLC
MARK D. LUMPKIN (MSB # 8864)
JAMES R. REEVES, JR. (MSB # 9519)
POST OFFICE DRAWER 1388
BILOXI, MS 39533

**ATTORNEYS FOR PLAINTIFFS**

BY: *s/Andrew G. Jubinsky (TSB # 11043000)*
(ADMITTED PRO HAC VICE)
ANDREW.JUBINSKY@FIGDAV.COM
AMANDA SOTAK (TSB # 24037530)
(ADMITTED PRO HAC VICE)
AMANDA.SOTAK@FIGDAV.COM
FIGARI & DAVENPORT, L.L.P.
3400 BANK OF AMERICA PLAZA
901 MAIN STREET, LB 125
DALLAS, TEXAS 75202-3796

WELLS MARBLE & HURST, PLLC
WALTER D. WILSON (MSB # 7291)
JOSHUA P. HENRY (MSB # 101148)
300 CONCOURSE BLVD., SUITE 200
RIDGELAND, MS 39157

**ATTORNEYS FOR DEFENDANT GOLDEN RULE INSURANCE COMPANY, UNITED HEALTHCARE INSURANCE COMPANY, WILLIAM SPRADLEY D/B/A AFFORDABLE BENEFITS & COVERAGE INSURANCE**